\*\*E-filed 1/29/07\*\*

1  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   amartin@rimacmartin.com
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430
5

6  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY
7  OF AMERICA; HEWLETT PACKARD COMPANY
   LONG TERM DISABILITY PLAN, as Successor to
8  COMPAQ COMPUTER CORPORATION LONG TERM
   DISABILITY PLAN

9  **LAW OFFICES OF SILVER & TAUBE**
   MELVYN D. SILVER - State Bar No. 48674
10 300 South First Street, Suite 205
   San Jose, California 95113
11 Telephone: (408) 298-9755
   Facsimile: (408) 298-9699
12

13 Attorneys for Plaintiff
   ERIC GROSSWEINER

14

15              UNITED STATES DISTRICT COURT

16      FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17                                              *E-FILING*

| | |
|---|---|
| 18 ERIC GROSSWEINER, ) | |
| 19              Plaintiff, ) | CASE NO. **C 06–03411 JF (HRL)** |
| 20      vs.             ) | **JOINT STIPULATION TO CONTINUE THE FEBRUARY 2, 2007 CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| 21 THE UNUM LIFE INSURANCE COMPANY ) OF AMERICA; THE HEWLETT PACKARD ) | |
| 22 COMPANY LONG TERM DISABILITY ) PLAN, as Successor to COMPAQ ) | |
| 23 COMPUTER CORPORATION LONG TERM ) DISABILITY PLAN, ) | |
| 24                         ) | |
| 25          Defendants. ) | |

26

27    **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

28 respective attorneys of record herein, that the Case Management Conference in this matter,

-1-

STIPULATION TO CONTINUE CMC
AND ORDER THEREON                                    CASE NO. C 06-03411 JF (HRL)

1  currently scheduled for February 2, 2007, before the Honorable Jeremy Fogel, be continued to
2  March 9, 2007, or a date thereafter at the convenience of the Court.

3  Good cause exists for this continuance as the parties have agreed to a private mediation
4  of this matter, thereby conserving judicial resources.  The parties had  scheduled a private
5  mediation with Magistrate Judge Edward Infante (Ret.) of JAMS for January 26, 2007.
6  However, it was necessary to continue the mediation due to a medical condition that plaintiff's
7  counsel needed to address.  The private mediation is now scheduled for March 5, 2007.  The
8  parties are diligently pursuing alternative dispute resolution, and respectfully request they be
9  allowed to complete private mediation before a Case Management Conference is held.

10  Pursuant to local rules, this document is being electronically filed through the Court's
11  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
12  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
13  concurred with the filing of this document; and (3) a record supporting this concurrence is
14  available for inspection or production if so ordered.

15  **SO STIPULATED.**

16                                                              LAW OFFICES OF SILVER & TAUBE

18  DATED: January 25, 2007            By:      /s/  MELVYN D. SILVER
                                                MELVYN D. SILVER
19                                              Attorney for Plaintiff
                                                ERIC GROSSWEINER

21
                                                RIMAC & MARTIN, P.C.
22

23  DATED: January 25, 2007            By:      /s/  ANNA M. MARTIN
                                                ANNA M. MARTIN
24                                              Attorneys for Defendants
                                                UNUM LIFE INSURANCE COMPANY OF
25                                              AMERICA; HEWLETT PACKARD COMPANY
                                                LONG TERM DISABILITY PLAN, as Successor
26                                              to COMPAQ COMPUTER CORPORATION
                                                LONG TERM DISABILITY PLAN

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from February 2, 2007 to March 30, 2007 at 10:30 AM _____. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: 1/26/07             _____
                           JUDGE OF THE UNITED STATES DISTRICT COURT
                           JEREMY FOGEL