| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | amartin@rimacmartin.com<br>1051 Divisadero Street |
| 4 | San Francisco, California 94115<br>Telephone (415) 561-8440 |
| 5 | Facsimile (415) 561-8430 |
| 6 | Attorneys for Defendants<br>UNUM LIFE INSURANCE COMPANY |
| 7 | OF AMERICA; HEWLETT PACKARD COMPANY<br>LONG TERM DISABILITY PLAN, as Successor to |
| 8 | COMPAQ COMPUTER CORPORATION LONG TERM<br>DISABILITY PLAN |
| 9 | **LAW OFFICES OF SILVER & TAUBE** |
| 10 | MELVYN D. SILVER - State Bar No. 48674<br>300 South First Street, Suite 205 |
| 11 | San Jose, California 95113<br>Telephone: (408) 298-9755 |
| 12 | Facsimile: (408) 298-9699 |
| 13 | Attorneys for Plaintiff                          **\*\*E-filed 3/23/07\*\***<br>ERIC GROSSWEINER |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

## E-FILING

| | |
|---|---|
| ERIC GROSSWEINER, | ) |
| Plaintiff, | ) CASE NO. C 06–03411 JF (HRL) |
| vs. | ) STIPULATION OF DISMISSAL<br>) WITH PREJUDICE AND [~~PROPOSED~~]<br>) ORDER THEREON |
| THE UNUM LIFE INSURANCE COMPANY<br>OF AMERICA; THE HEWLETT PACKARD<br>COMPANY LONG TERM DISABILITY<br>PLAN, as Successor to COMPAQ<br>COMPUTER CORPORATION LONG TERM<br>DISABILITY PLAN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2   designated counsel of record, that the above-captioned action be and hereby is dismissed with
3   prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.
4       Each party shall bear its own costs and attorneys' fees in this action.
5       Pursuant to local rules, this document is being electronically filed through the Court's
6   ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
7   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
8   concurred with the filing of this document; and (3) a record supporting this concurrence is
9   available for inspection or production if so ordered.

**SO STIPULATED.**

LAW OFFICES OF SILVER & TAUBE

DATED: March 22, 2007     By:     /s/  **MELVYN D. SILVER**
                                  MELVYN D. SILVER
                                  Attorney for Plaintiff
                                  ERIC GROSSWEINER

RIMAC & MARTIN, P.C.

DATED: March 22, 2007     By:     /s/  **ANNA M. MARTIN**
                                  ANNA M. MARTIN
                                  Attorneys for Defendants
                                  UNUM LIFE INSURANCE COMPANY OF
                                  AMERICA; HEWLETT PACKARD COMPANY
                                  LONG TERM DISABILITY PLAN, as Successor to
                                  COMPAQ COMPUTER CORPORATION LONG
                                  TERM DISABILITY PLAN

**ORDER**

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice.

**SO ORDERED.**

DATED: 3/23/07

UNITED STATES DISTRICT COURT JUDGE
JEREMY FOGEL

---

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                   CASE NO.  C 06-03411 JF (HRL)